# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **JUSTIN BERNARD,** | ) | |
| | ) | **JURY DEMAND** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: |
| | ) | |
| **AMAZON.COM SERVICES LLC,** | ) | Judge: |
| | ) | |
| Defendant. | ) | Magistrate Judge: |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. NATURE OF THE CASE

1. This is an action brought by Plaintiff, Justin Bernard ("**Bernard**"), against Defendant, Amazon.com Services, LLC ("**Defendant**") for violating Tennessee common law claims for Negligent Hiring, Supervision and Retention, and Assault and Battery.

### II. PARTIES, JURISDICTION & VENUE

2. Bernard is a United States citizen and a citizen and resident of the State of Tennessee, Rutherford County.

3. Defendant is a Foreign Limited Liability Company incorporated in the State of Delaware and having its principal place of business in Seattle, Washington.

4. Because the parties are citizens of different states and the amount in controversy exceeds $75,000, there is diversity jurisdiction in this court pursuant to 28 U.S.C. § 1332.

5. The claims described below arose from Bernard's employment with Defendant within the geographic environs of the Middle District of Tennessee.

1

6. A substantial portion of the facts, events, and transactions giving rise to this lawsuit occurred and caused injury to Bernard within the geographic environs of the Middled District of Tennessee. As such, venue is proper for this Court.

### III. FACTUAL ALLEGATIONS

7. Bernard began his employment with Defendant on March 1, 2020, as an Inbound Stow.

8. In August 2023, Bernard's coworker, Antonio Jones ("Jones"), began harassing Bernard by following him around the workplace, staring at him menacingly, and subsequently, threatening him with physical harm.

9. On September 21, 2023, Bernard told the Outbound Process Assistant, Chris (LNU), that he asked Jones on five (5) separate occasions to leave him alone. Chris acknowledged Bernard's complaint but took no disciplinary action against Jones.

10. Immediately after Bernard's conversation with Chris on September 21, Bernard met with the Operations Manager, JD Dougherty ("Dougherty"), to make another complaint against Jones, as Jones' harassment had become increasingly aggressive. After Bernard provided Doughtery with a detailed account of Jones' harassment, Dougherty responded by stating, "Don't do anything I can't save you from," and then told Bernard to let him know if Jones' harassment continued. Doughtery brushed aside Bernard's complaints and took no disciplinary action against Jones.

11. On November 2, 2023, Bernard spoke with Chris and the Outbound Area Manager ("OA") at the same time after Jones had continuously harassed him that day. Bernard told Chris and the OA that Jones was being aggressive with the harassment, and Bernard requested that they all speak to Jones together because Bernard felt unsafe and uncomfortable around Jones, and he wanted Jones' harassment to cease. Chris and the OA told Bernard that they would not call Jones

over to address the situation at that moment and stated they might mention it later on in the day. However, Bernard was sure that the issue would not get addressed based on management's inaction in the past.

12. Right after Bernard's conversation with Chris and the OA, Bernard asked Dougherty and the Inbound Area Manager, Adrian Guerra ("Guerra"), to address Jones' harassment immediately. Bernard insisted that they have a meeting with Jones about putting an end to the harassment. Once again, Dougherty stated to Bernard, "Don't do anything I can't save you from," and told Bernard that he would see about handling the situation.

13. Thirty minutes after speaking with Dougherty and Guerra on November 2, Bernard was called into Human Resources ("HR") and was questioned about the harassment he was experiencing. Immediately after his meeting with HR, Jones approached Bernard and continued to harass him by insulting him, and Jones made an incoherent comment about Bernard's mother. When Bernard asked Jones to repeat the comment about his mother, Jones immediately attacked Bernard. During the assault, Jones bit Bernard several times all over his body and attempted to gouge out Bernard's eyes.

14. A few minutes after the altercation, officers from the Lebanon Police Department arrived on the scene and questioned Bernard and Jones about the incident. After giving the police his statement, Bernard admitted himself to the Ascension Medical Center and received treatment for the numerous bite marks and other lacerations he sustained from the assault. Bernard was discharged from the medical center on November 3, 2023.

15. On November 4, 2023, Defendant terminated Bernard's employment for confronting Jones about Jones' statement prior to the altercation.

16. Bernard has suffered damages and continues to suffer damages as a result of Defendant's actions.

## IV. CAUSES OF ACTION

### COUNT I: NEGLIGENT HIRING, SUPERVISION & RETENTION

17. Plaintiff hereby incorporates paragraphs one (1) through fourteen (14) of his Complaint.

18. Defendant had a duty to properly hire and supervise its employees and agents, including Jones.

19. Defendant had a duty to properly protect its employees and agents against foreseeable and unreasonable risks of harm, including Bernard.

20. Defendant breached its duty by failing to put systems in place to properly hire and supervise its employees and agents who were knowingly unfit for the job, including Jones.

21. Defendant breached its duty by failing to protect its employees and agents against foreseeable and unreasonable risks of harm, including Bernard.

22. Bernard was subject to physical assault, which was caused solely by, and was the direct result of the failures of Defendant to supervise its employees and agents, including Jones.

23. Bernard has suffered damages as a result of Defendant's actions.

### COUNT II: ASSAULT AND BATTERY

24. Plaintiff hereby incorporates paragraphs one (1) through twenty-one (21) of his Complaint.

25. Defendant is liable for acts of its employees and agents, including Jones, which were committed within the course and scope of the employees' and agents' employment via *respondeat superior*.

26. Defendant, as the employer of Jones, is vicariously liable for the tortious and/or criminal acts committed by Jones within the course and scope of his employment for Defendant when Jones assaulted and battered Bernard.

27. Bernard has suffered damages as a result of Defendant's actions.

## REQUESTED RELIEF

**WHEREFORE**, Plaintiff, Justin Bernard, respectfully requests that this Court enter judgment in his favor and award him the following relief:

1. Compensatory damages in the amount of $500,000 for Bernard's injuries and job loss;

2. All costs and attorney's fees incurred as a result of bringing this action;

3. Pre- and post-judgment interest on all sums recoverable; and

4. All other legal and/or equitable relief this Court sees fit to grant.

> Respectfully submitted,
> */s/Kyle F. Biesecker*
> Kyle F. Biesecker, Attorney No. 28872
> BIESECKER DUTKANYCH & MACER, LLC
> 3200 West End Avenue, Suite 500
> Nashville, Tennessee 37203
> Telephone: (615) 783-2171
> Facsimile: (812) 424-1005
> E-Mail: kfb@bdlegal.com
>
> *Attorneys for Plaintiff*

## **DEMAND FOR JURY TRIAL**

The Plaintiff, Justin Bernard, by counsel, respectfully requests a jury trial as to all issues deemed so triable.

Respectfully submitted,
*/s/Kyle F. Biesecker*
Kyle F. Biesecker, Attorney No. 28872
BIESECKER DUTKANYCH & MACER, LLC
3200 West End Avenue, Suite 500
Nashville, Tennessee 37203
Telephone: (615) 783-2171
Facsimile: (812) 424-1005
E-Mail: kfb@bdlegal.com

*Attorneys for Plaintiff*
